ROONEY, Chief Justice,
specially concurring.
I hesitate to set forth the resolution which I would make of this appeal inasmuch as the net result would not be other than that reached by the majority of the court. In short, I agree that the evidence was sufficient to reflect the existence of an employer-employee relationship. I also believe the evidence reflects an effort by both parties to conceal the employer-employee relationship by setting up indicia of an independent contractor relationship which did not, in fact, exist.
Accordingly, I would hold both parties to have come into court with dirty hands and I would have left them in whatever positions they found themselves at the time the action was started. Walker v. Board of County Commissioners, Albany County, Wyo., 644 P.2d 772, 776 (1982); Takahashi v. Pepper Tank & Contracting Co., 58 Wyo. 330, 131 P.2d 339, 356 (1942).